No. 11-7597. Dyvon McKinnon, Petitioner v. Thomas LaValley, Superintendent, Great Meadow Correctional Facility.

565 U.S. 1181, 132 S. Ct. 1151, 181 L. Ed. 2d 1024, 2012 U.S. LEXIS 998.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 422 Fed. Appx. 69.

No. 11-7602. Keith Brandon Smith, Petitioner v. Linda Metrish, Warden.

565 U.S. 1181, 132 S. Ct. 1151, 181 L. Ed. 2d 1024, 2012 U.S. LEXIS 1052.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 436 Fed. Appx. 554.

No. 11-7607. Michael Lynn Anderson, Petitioner v. John Prelesnik, Warden.

565 U.S. 1181, 132 S. Ct. 1151, 181 L. Ed. 2d 1024, 2012 U.S. LEXIS 1054.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7616. Frank Roque, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.

565 U.S. 1181, 132 S. Ct. 1151, 181 L. Ed. 2d 1024, 2012 U.S. LEXIS 1000.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-7620. William C. Thornton, Petitioner v. California.

565 U.S. 1181, 132 S. Ct. 1151, 181 L. Ed. 2d 1024, 2012 U.S. LEXIS 956.

January 23, 2012. Petition for writ of certiorari to the Supreme Court of California denied.

No. 11-7622. Constance V. Melkonian, Petitioner v. Michael J. Astrue, Commissioner of Social Security, et al.

565 U.S. 1182, 132 S. Ct. 1151, 181 L. Ed. 2d 1024, 2012 U.S. LEXIS 1019.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 418 Fed. Appx. 610.

No. 11-7638. Melvin Anderson, Petitioner v. Jan Trombley, Warden.

565 U.S. 1182, 132 S. Ct. 1152, 181 L. Ed. 2d 1024, 2012 U.S. LEXIS 983.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 451 Fed. Appx. 469.

No. 11-7679. John Lawson, Petitioner v. Kenneth McKee, Warden.

565 U.S. 1182, 132 S. Ct. 1152, 181 L. Ed. 2d 1024, 2012 U.S. LEXIS 977.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.